**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

In the Matter of the Care and Treatment of Kevin Nixon, Appellant.

Appellate Case No. 2014-000235

---

Appeal From Horry County
Clifton Newman, Circuit Court Judge

---

Unpublished Opinion No. 2015-UP-295
Submitted June 1, 2015 – Filed June 17, 2015

---

**APPEAL DISMISSED**

---

Charles Thomas Brooks, III, of Law Office of Charles T. Brooks, III, of Sumter, for Appellant.

Attorney General Alan McCrory Wilson and Senior Assistant Deputy Attorney General Deborah R.J. Shupe, both of Columbia, for Respondent.

---

**PER CURIAM:** Dismissed after review pursuant to *Anders v. California*, 386 U.S. 738 (1967).[1] Counsel's motion to be relieved is granted.[2]

**APPEAL DISMISSED.**

**THOMAS, KONDUROS, and GEATHERS, JJ., concur.**

---

[1] *See In re McCoy*, 360 S.C. 425, 427, 602 S.E.2d 58, 59 (2004) (adopting the *Anders* procedure for alleged no-merit appeals in sexually violent predator involuntary commitment appeals).

[2] We decide this case without oral argument pursuant to Rule 215, SCACR.